JUDGE CONNER

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

**08 CV 01056**
Docket No.:

LOUIS A. TERMINELLO, MICHAEL MILLER,
PARADISE HOMEOWNERS ASSOCIATION,
HOA OF PIERMONT LANDING, REEDS &
ABBOTTSFORD GATE CONDOMINIUM,
DeVRIES POINT CONDOMINIUM, and
PARADISE HARBOR AT PIERMONT LANDING
CONDOMINIUM,

**RULE 7.1. DISCLOSURE STATEMENT**

      Plaintiffs,

 -against-

THE VILLAGE OF PIERMONT, NEW YORK
by its BOARD OF TRUSTEES AND TRUSTEES,
and "JOHN AND JANE DOES 1-10,"

      Defendants.
------------------------------------------------------------X

 I, JULIE A. RIVERA, an associate with RUTHERFORD & CHRISTIE, LLP. attorneys for defendant, THE VILLAGE OF PIERMONT having filed an initial pleading in the above-captioned matter, makes the following disclosure to the Court pursuant to the Local General Rule 1.9 and 7.1 of the Local Rules for the Southern and Eastern District of New York, identifying any corporate parties, subsidiaries or affiliates of the defendant:

 1. None.

Dated: New York, New York
   February 1, 2008

           Yours, etc.

           **RUTHERFORD & CHRISTIE, LLP**

           By: _____
             Lewis R. Silverman, Esq. (LRS 9723)
             Julie A. Rivera, Esq. (JAR 1817)
             Attorneys for the Defendant: Village of Piermont
             369 Lexington Avenue, 8TH Floor
             New York, New York 10017
             (212) 599-5799
             Our File No.: 1020.028

To:    Feerick Lynch MacCartney PLLC
Attn: Dennis Lynch, Esq.
Attorneys for Plaintiff
96 South Broadway
South Nyack, New York 10960
(845) 353-2000

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on February 1, 2008, a copy of the within **RULE7.1 DISCLOSURE STATEMENT**, was furnished Regular Mail to:

Feerick Lynch MacCartney PLLC
Attn: Dennis Lynch, Esq.
Attorneys for Plaintiff
96 South Broadway
South Nyack, New York 10960
(845) 353-2000

**RUTHERFORD & CHRISTIE, LLP**

By: _____
Julie A. Rivera (JR 1817)