UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X    08 CV 01056 (WCC)
LOUIS A. TERMINELLO, MICHAEL MILLER,
PARADISE HOMEOWNERS ASSOCIATION,
HOA OF PIERMONT LANDING, REEDS &
ABBOTTSFORD GATE CONDOMINIUM,        **NOTICE OF MOTION**
DeVRIES POINT CONDOMINIUM, and       **TO DISMISS COMPLAINT**
PARADISE HARBOR AT PIERMONT LANDING  **PURSUANT TO FED. R. CIV.**
CONDOMINIUM,                         **PROCEDURE 12(b)(6)**
                  Plaintiffs,

            -against-

THE VILLAGE OF PIERMONT, NEW YORK
by its BOARD OF TRUSTEES AND TRUSTEES,
and "JOHN AND JANE DOES 1-10,"

                  Defendants.
------------------------------------------------------------------X

    **PLEASE TAKE NOTICE,** that upon the accompanying Declaration of Julie A. Rivera, Esq., sworn to on the 13th day of March, 2008, and the exhibits attached thereto, and the Memorandum of Law in Support of the Defendant's Motion to Dismiss, the defendant, THE VILLAGE OF PIERMONT, will move this Honorable Court on a date and time to be decided by this Honorable Court:

    1)    For an Order pursuant to 12(b)(6) of the Federal Rules of Civil Procedure dismissing plaintiffs' amended complaint against defendant, THE VILLAGE OF PIERMONT for a failure to state a cause of action; and

    2)    For such other and further relief as this Court deems just and proper.

**PLEASE TAKE FURTHER NOTICE,** that the plaintiffs' opposition, if any, is to be served by April 11, 2008. The defendant's reply papers are to be served by April 21, 2008. Oral argument will be held on a date and time to be determined by the Court.

Dated: New York, New York
       March 13, 2008

                        Respectfully submitted,

                        **RUTHERFORD & CHRISTIE LLP**

                        By: _____
                            Lewis R. Silverman (LS 9723)
                            Julie A. Rivera (JR 1817)
                            Attorneys for Defendant
                            The Village of Piermont
                            369 Lexington Avenue, 8th Floor
                            New York, New York 10017
                            (212) 599-5799
                            Our File No.: 1020.028

To:    Feerick Lynch MacCartney PLLC
        Attn: Dennis Lynch, Esq.
        Attorneys for Plaintiffs
        96 South Broadway
        South Nyack, New York 10960
        (845) 353-2000

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that copies of DEFENDANT, THE VILLAGE OF PIERMONT'S NOTICE OF MOTION TO DISMISS COMPLAINT PURSUANT TO FED. R. CIV. PROCEDURE 12(b)(6), DECLARATION IN SUPPORT OF MOTION TO DISMISS and MEMORANDUM OF LAW IN SUPPORT OF MOTION TO DISMISS were served via regular mail to Feerick Lynch MacCartney PLLC, Attn: Dennis Lynch, Esq., Attorneys for Plaintiffs, 96 South Broadway, South Nyack, New York 10960 on the 13th day of March, 2008.

**RUTHERFORD & CHRISTIE, LLP**

By: _____
Julie A. Rivera, Esq. (JAR 1817)