<u>CERTIFICATE OF SERVICE</u>



<u>Louis Terminello, et al., v. Village of Piermont, et al.</u>
Docket No. 08 CV 01056 (WCC)

The undersigned attorney hereby verifies that on April 15, 2008, a copy of the foregoing DECLARATION OF MARY E. BRADY-MARZOLLA and AFFIDAVIT OF LOUIS TERMINELLO, with annexed exhibits, was delivered by depositing a true and correct copy of the same enclosed in a post-paid wrapper in an Official Depository maintained and exclusively controlled by the U.S. Postal Service with New York State, directed to said person(s) at respective said address(es) mentioned below, that being the address(es) within the state designated for that purpose upon the last papers in this action or the place where the below then resided of kept offices according to the best information which can be conveniently obtained:

    Rutherford & Christie, LLP
    Attorneys for Defendants
    369 Lexington Avenue, 8th Floor
    New York, New York 10017

    Attn: Julie A. Rivera, Esq.

Dated: South Nyack, New York
       April 15, 2008

                                            DENNIS R. A. LYNCH (DL 6537)