<u>CERTIFICATE OF SERVICE</u>          

<u>Louis Terminello, et al., v. Village of Piermont, et al.</u><br/>
Docket No. 08 CV 01056 (WCC)

The undersigned attorney hereby verifies that on April 15, 2008, a copy of the foregoing PLAINTIFFS' MEMORANDUM OF LAW IN OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12(B)(6), was delivered by depositing a true and correct copy of the same enclosed in a post-paid wrapper in an Official Depository maintained and exclusively controlled by the U.S. Postal Service with New York State, directed to said person(s) at respective said address(es) mentioned below, that being the address(es) within the state designated for that purpose upon the last papers in this action or the place where the below then resided of kept offices according to the best information which can be conveniently obtained:

> Rutherford & Christie, LLP
> Attorneys for Defendants
> 369 Lexington Avenue, 8th Floor
> New York, New York 10017
>
> Attn: Julie A. Rivera, Esq.

Dated: South Nyack, New York
      April 15, 2008

_____
DENNIS E. A. LYNCH (DL 6537)